UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DENIS L. CANTY,

    Plaintiff,

v.

    Case No. 2:15-cv-2221
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Terence P. Kemp

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

On May 9, 2016, the Magistrate Judge issued a Report and Recommendation in this case recommending that the Plaintiff's statement of errors be overruled and that judgment be entered in favor of the Defendant (ECF No. 23). The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** and this action is **DISMISSED**.

    IT IS SO ORDERED.

7-21-2016
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT CHIEF JUDGE